MARY ELIZABETH RIDGEWAY, APPELLANT, v. REAL
ESTATE OPERATING CO., RESPONDENT.

Submitted October 28, 1938—Decided January 13, 1939.

For the appellant, *Sydney A. Gutkin*.

For the respondent, *Katzenbach, Gildea & Rudner*.

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion *per curiam* in the
Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TREN-
CHARD, CASE, BODINE, HEHER, PERSKIE, PORTER, HETFIELD,
DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ. 14.

*For reversal*—None.